UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-21616-CIV-MARTINEZ-OTAZO-REYES

THOMAS LOFTUS, individually and on behalf
of a class,
    Plaintiffs,

vs.

MYLER DISABILITY, LLC,
    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal, [ECF No. 17]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. All parties shall bear their own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of July, 2020.

                                                        _____
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record